UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020

Contreras-Marcelino,

    Plaintiffs,

  –v–

Cerdena.,

    Defendants.

20cv05149 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  The parties are reminded that the initial pretrial conference is scheduled for October 2, 2020 at 3:45 PM, dkt 4.

SO ORDERED.

Dated: September 29, 2020
   New York, New York

_____
ALISON J. NATHAN
United States District Judge