UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020

Contreras-Marcelino,

        Plaintiff,

–v–

Cerdena, *et al.*,

        Defendants.

20-cv-05149 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial pretrial conference in this matter is scheduled for **October 2, 2020 at 3:45 PM**. The proceeding will be conducted via teleconference. The Court's dedicated conference line can be accessed at (888) 363-4749 by entering Access Code 919-6964, followed by the pound (#) key.

SO ORDERED.

Dated: September 30, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge